UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62144-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

RETRIEVAL MASTERS CREDITORS BUREAU, INC.,
d/b/a AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

THIS MATTER is before the Court on Plaintiff's Motion for Entry of Final Judgment. [D.E. 8]. The Court has reviewed the Motion and the record, and it is

ORDERED AND ADJUDGED as follows: Plaintiff's motion is **GRANTED**. The Court enters Final Judgment in favor of the Plaintiff, Monica J. Dennis, and against Defendant, Retrieval Masters Credit Bureau, Inc. d/b/a American Medical Collection Agency, with respect to Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* in the amount of $1,000.00 together with interest thereon at the legal rate from the date of this Final Judgment, for all of which let execution issue. The Court reserves jurisdiction on the matter of Plaintiff's attorney fees and costs and **DISMISSES WITHOUT PREJUDICE** the TCPA claim. The Clerk is ordered to **CLOSE** the case.

DONE AND ORDERED in Chambers in Miami, Florida this 22nd day of November, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE