UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62144-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

RETRIEVAL MASTERS CREDITORS BUREAU, INC., D/B/A AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 9 ) entered November 22, 2011 against, Retrieval Masters Creditors Bureau, Inc., d/b/a American Medical Collection Agency, acknowledges that full payment thereof has been received and the Judgment is satisfied.

                                               /s/ Monica J. Dennis
                                               Monica J. Dennis

STATE OF FLORIDA      )
                             ss:
COUNTY OF BROWARD )

The foregoing Satisfaction of Judgment was acknowledged before me this 27 day of January, 2012 by Monica J. Dennis, who is personally known to me or who produced _____ as identification and who did/did not take an oath.

                                             /s/ Sandra W. Fillichio
                                             NOTARY PUBLIC, State of Florida

My Commission Expires:

                            NOTARY PUBLIC-STATE OF FLORIDA
                                Sandra W. Fillichio
                                Commission # DD763420
                                Expires:   MAY 16, 2012
                          BONDED THRU ATLANTIC BONDING CO., INC.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62144-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

RETRIEVAL MASTERS CREDITORS BUREAU, INC., D/B/A AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on January 27, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF