UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62144-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

RETRIEVAL MASTERS CREDITORS BUREAU, INC.,
d/b/a AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## COUNSEL'S NOTICE OF CHANGE OF ADDRESS

Counsel, Donald A. Yarbrough, for Plaintiff, Monica J. Dennis, gives notice that counsel's address for electronic mail has changed from donyarbrough@mindspring.com to **don@donyarbrough.com** effective immediately. All other contact information remains the same.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    don@donyarbrough.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-62144-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

RETRIEVAL MASTERS CREDITORS BUREAU, INC.,
d/b/a AMERICAN MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 28, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF